IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:22-cr-136-TFM-MU |
| | ) |
| JAYDEN DEONTE CASSINO, | ) |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On October 19, 2022, the Defendant Jayden Deonte Cassino, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count Four of the Indictment (Doc. 1) charging a violation of Title 18, United States Code, Section 924(c)(1)(A)(i), Possession of a Firearm in Furtherance of a Drug Trafficking Crime. *See* Doc. 24.  The Magistrate Judge entered a Report and Recommendation wherein he recommends the plea of guilty be accepted. *See* Doc. 25.  No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court.  The plea of guilty of the Defendant to Count 4 of the Indictment is accepted, and the Defendant is adjudged guilty of the offense. The Defendant will remain in custody pending sentencing.

A sentencing hearing has been scheduled for January 26, 2023 at 12:00 Noon, under separate Order (Doc. 24).

**DONE** and **ORDERED** this 15th day of November, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE